72 F.3d 133
 NOTICE: Eighth Circuit Rule 28A(k) governs citation of unpublished opinions and provides that no party may cite an opinion not intended for publication unless the cases are related by identity between the parties or the causes of action.
Sylvester JONES, Appellant,
v.
William H. REHNQUIST, Chief Justice; Janet Reno, Attorney
General of the United States; Drew S. Days, III, Solicitor
General of the United States; Edward L. Dowd, Jr., United
States Attorney; Judicial Conference of the United States;
Harry A. Blackmun, Associate Justice; Anthony M. Kennedy,
Associate Justice; Sandra Day O'Connor, Associate Justice;
Antonin Scalia, Associate Justice; David H. Souter,
Associate Justice; John Paul Stevens, Associate Justice;
Clarence Thomas, Associate Justice; Ruth Bader Ginsburg,
Associate Justice; Byron R. White, Retired Justice; Audrey
J. Anderson, Law Clerk; Ronald J. Tenpas, Law Clerk; Eric
Schermann, Law Clerk; Stephanie A.J. Dangel, Law Clerk;
Jeffrey A. Mayer, Law Clerk; Molly McUsic, Law Clerk;
William K. Suter, Clerk; Christopher W. Vasil, Deputy
Clerk; Francis J. Lorson, Deputy Clerk; John Doe, Clerk,
In Forma Pauperis Department, United States Supreme Court;
Edward L. Filippine, Chief Judge; Clyde S. Cahill,
Associate Judge; William L. Hungate, Associate Judge;
Stephen N. Limbaugh, Associate Judge; George F. Gunn, Jr.,
Associate Judge; Jean C. Hamilton, Associate Judge; Carol
E. Jackson, Associate Judge; John F. Nangle, Associate
Judge; Catherine D. Perry, United States Magistrate; David
D. Noce, United States Magistrate; Robert D. Kingsland,
Retired Magistrate; Judicial Council of the Eighth Circuit;
Joseph B. Moore, Assistant United States Attorney; Henry
J. Fredericks, Assistant United States Attorney; Wesley D.
Wedemeyer, Assistant United States Attorney; Thomas E.
Dittmeier, Former United States Attorney; Stephen B.
Higgins, Former United States Attorney; Richard E.
Coughlin, Assistant United States Attorney; J. Martin
Hadican, Attorney at Law; Michael A. Forst, Attorney at
Law; Marvin J. Nodiff, Attorney at Law; Robert E. Keaney,
Attorney at Law; James W. Reeves, Attorney at Law; Moser,
Marsaley, Carpenter, Cleary, Jaeckel and Keaney; John
Garrett Penn, Chief Judge, Charley R. Richey, Associate
Judge; Thomas Penfield Jackson, Associate Judge; Thomas
Francis Hogan, Associate Judge; Stanley Sporkin, Associate
Judge; Aurey E. Robinson, Jr., Associate Judge; John D.
Bates, Assistant United States Attorney; R. Craig Lawrence,
Assistant United States Attorney; Sharon A. Cohen,
Assistant United States Attorney; Jay B. Stephens, Former
United States Attorney; Department of Justice, Civil
Division; Department of Justice, Criminal Division;
Christopher A. Rizzuto, Attorney; Jo Ann Farrington,
Attorney; James P. Turner, Attorney; Paul W. Suddes,
Attorney; Linda K. Davis, Attorney; John R. Dunne,
Attorney; Hazel G. Briggs, Attorney; Diane C. Roberts,
Attorney; Deborah C. Westbrook, Attorney; Daniel Mastas,
Attorney; Mandel A. Rodriguez, Attorney; William C.
Bryson, Former Solicitor General of the United States;
Charles Fried, Former Solicitor General of the United
States, Joseph R. Biden, Jr., Chairman; Edward M. Kennedy;
Howard M. Metzenbaum, Dennis Deconcini; Patrick J. Leahy;
Howell Heflin; Paul Simon; Herbert Kokl; Carol Mosley
Braun, that constitutes the United States Judiciary
Committee; Jack Brooks, Chairman; Don Edwards, Chief Vice
Chairman; John Coyers, Jr.; Romano L. Mazzli; William J.
Hughes; Mike Synar; Patricia Schroeder; Dan Glickman;
Barney Frank; Charles E. Schumer; Edward F. Feighan;
Howard L. Berman; Rick Boucher; John Brant; Mel Levine;
George E. Stangmeiter; Craig A. Washington; Peter
Hoagland; Mike Kopetski; Jack Reed; Carlos J. Moorhead;
Henry J. Hyde; Jim Sensenbrebber; Bill McCollum; Harley
O. Staggers, Jr.; George W. Gekas; Howard Cobel; Lamar
Smith; Graig T. James; Tom Campbell; Steven H. Schiff;
Jim Ramstad; George Allen, all-constituting House Committee
on the Judiciary; Richard H. Brjan, Jr.; Barbara A.
Mikulski; Thomas A. Deschle, Minority Members; Mitch
McConnell, Vice Chairman; Ted Stevens; Robert C. Smith,
all constituting United States Select Committee on Ethics;
Secretary Committee on Rules of Practice and Procedural
Office of the United States Courts; Kenneth M. Sink; Frank
J. Smms, United States Marshal; Tom Smith, Supervisor;
Randall D. Oitker; Steven D. Stoddard; James D. McDowell,
United States Drug Enforcement Agents; Raymond Howard,
Attorney at Law; William Barr, Former United States
Attorney General; L. Ralph Mecham, Director; James E.
Macklin, Jr., Deputy Director; John K. Ranie, Chief Rules
Committee; Washington Post Newspaper, Editor-in-Chief,
Owners; John C. Danforth, Senator; Christopher S. Bond,
Senator; John Feikens; U.S. Court of Appeals for the Tenth
Circuit, Denver, Colorado; William Sessions, Former
Director United States Federal Bureau of Investigation;
William W. Baker, Former Assistant Director; Lewis Freeh,
Inspector, and/or Former Inspector General; Daval L.
Patrick, Assistant Attorney General; Michael E. Pulitzer,
President, Chairman of the Board of Directors--Pulitzer
Publishing; William F. Woo, Editor-in-Chief; Eyvon
Mendenhall, Former Clerk; Robert D. St. Vrain, Clerk;
Robert F. Connor, Clerk; Richard S. Arnold; Theodore
McMillian; George G. Fagg; Pasco M. Bowman; Roger L.
Wollman; Frank J. Magill; C. Arlen Beam; James B. Loken,
United States Circuit Judges; Patricia M. Wald; Abner J.
Mika; Spottswood W. Robinson, III; Harry T. Edwards;
Robert H. Bork; Kenneth W. Starr; Laurence H. Silberman;
James L. Buckley; Stephen F. Williams; Douglas H.
Ginsburg; David L. Bazelon; J. Skelly Wright; Carl
McGowan; T. Scott Richardson; Richard Thornburgh, Former
Attorney General of the United States, Appellees,
George Bush, Former President, Defendant,
William L. Clay, Jr.; Unknown Martin; Unknown Wellford;
Unknown Weick, United States Circuit Judges, Sixth Circuit;
Maureen Donhue Feinroth, Staff Attorney; Nancy Mayer
Wittington, Clerk; George E. Mackinnon; Scott O. Wright;
Dean Whipple; Calvin Todd; Donald J. Stohr, Former United
States Attorney; Katherine Graham; John B. Morse, Jr.;
Richard D. Simons; Beverly R. Keil, Appellees,
Lloyd Cuter, Defendant,
Community Federal Insurance Company; First American Title
Insurance Company; St. Louis Police Department, its Board
of Police Commissioners; Gundaker Real Estate Company;
City of Clayton; City of Bridgeton; City of Northwoods,
and other persons names unknown; John R. Gibson, United
States Circuit Judge; Richard Rogers; Inspector General,
and/or former; Federal Bureau of Investigation; Community
Federal Savings and Loan Association; City of St. Louis;
Clarence Harmon, Chief of Police; Michael Riley, Detective;
Unknown, Named Police Officer, Unknown Police Officers,
City of St. Louis Police Department; Mayor Freeman Bosley,
Jr.; Jimm L. Hendren, United States District Court Judge,
Western District of Arkansas; Ronald E. Longstaff, United
States District Judge, District of Iowa; Diana E. Murphy,
Chief Judge; Lyle E. Strom, Chief District Judge; Richard
H. Battey, United States District Judge; Ron Garvin, Clerk;
Judicial Council District of Columbia; Sentelle Henderson;
Unknown Rogers, Circuit Judges; Harold H. Greene; Royce
C. Lamberth, District Judge; Dennis Backer; Michael Adams,
St. Louis County Police Officers attached to Federal Drug
Enforcement Agents, Appellees,
Law Clerks of Federal Justices and Judges; United States
Bureau of Prisons, its officials, and other
persons names unknown; Gladys Kessler,
United States District Judge,
Defendants.
 No. 95-2007.
 United States Court of Appeals, Eighth Circuit.
 Submitted Dec. 7, 1995.
Filed Dec. 15, 1995.
 
 Before FAGG, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
 PER CURIAM.
 
 
 1
 Sylvester Jones appeals from the district court's[1] order dismissing his civil rights complaint. Having carefully reviewed the record and the parties' briefs, we conclude that no error of law appears and that the district court correctly denied relief.
 
 
 2
 Accordingly, the district court's judgment is affirmed. See 8th Cir. R. 47B. All of Jones's motions filed with this court are denied.
 
 
 
 [1]
 The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri